## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**MELISENDRO E. GONZALES,**

       **Plaintiff,**

**v.**                        **Case No. CIV-05-0081 MV/LAM**

**OFFICER WAYNE CLARK, et al.**

       **Defendants.**

## FINAL ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martinez' *Proposed Findings and Recommended Disposition* (*Doc. 36*), filed on August 7, 2006.   On September 6, 2006, Plaintiff Melisendro E. Gonzales filed objections to the proposed findings and recommended disposition and his objections were timely filed.[1]   Having reviewed the proposed findings and recommended disposition and Mr. Gonzales' objections, the Court has determined that it will adopt the proposed findings and recommended disposition, grant *Defendants' Motion to Dismiss Plaintiff's Civil Rights Complaint as Time-Barred* (*Doc. 28*) , deny Plaintiff's motion to reinstate the Town of Bernalillo as a defendant in this case,[2] deny Plaintiff's *Motion to Commence [a Hearing]* (*Doc. 34*), deny Plaintiff's *Motion for Personal and/or Telephone Conference* (*Doc. 35*), and dismiss all of Plaintiff's claims and this case with prejudice.

---

[1]The deadline for Mr. Gonzales to file objections to the proposed findings and recommended disposition was extended by the Court to September 15, 2006.  *See Order* (*Doc. 38*), filed on August 28, 2006.

[2]This motion is contained in Plaintiff's *Motion to Reinstate/Readmit Town of Bernalillo and Statement/Response Showing Cause as to Why Case Should Not be Dismissed [and] Notification of Change of Address* (*Doc. 32*).

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* (*Doc. 36*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that *Defendants' Motion to Dismiss Plaintiff's Civil Rights Complaint as Time-Barred* (*Doc. 28*) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to reinstate the Town of Bernalillo as a defendant in this case (contained in Plaintiff's *Motion to Reinstate/Readmit Town of Bernalillo and Statement/Response Showing Cause as to Why Case Should Not be Dismissed [and] Notification of Change of Address* (*Doc. 32*)), Plaintiff's *Motion to Commence [a Hearing]* (*Doc. 34*) and Plaintiff's *Motion for Personal and/or Telephone Conference* (*Doc. 35*), are **DENIED**.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims and this case be **DISMISSED WITH PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____

**MARTHA VAZQUEZ**
**UNITED STATES DISTRICT JUDGE**